# FINANCIAL DISCLOSURE REPORT
## Calendar Year 1998

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Castillo, Ruben . | U.S. District Court, N.D. IL. | 05/12/1999 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge-Active Status | ___ Nomination, Date / / _____  <br> ___ Initial   X Annual   ___ Final | 01/01/1998 to 12/31/1998 |

| 7. Chambers or Office Address <br> 219 S. Dearborn Street <br> Room 2378 <br> Chicago, Illinois | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Director | IICLE |
| 2 Director | Federal Judges Association |
| 3 Director | Chicago Humanities Festival |

## II. AGREEMENTS (Reporting individual only; see pp.14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | PARTIES AND TERMS | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 1998 | Northwestern University Law School, Adjunct Prof. | $ 4,000.0 |
| 2 1998 | Cook County Hospital (S) | $ 15,000.0 |
| 3 1998 | Tom Leo & Assocs. (Social Work/Psychotherapist | $ 1,700.0 |
| 4 | Counseling) (S) | |
| 5 | | |

**SECTION HEADING.** (Indicate part of report.)

SECTION 1. POSITIONS (cont'd.)

Li. Position                Name of Organization/Entity

==============================================================================

4 Director              Constitutional Rights Foundation

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Castillo, Ruben . | 05/12/1999 |

**SECTION HEADING.** (Indicate part of report.)

SECTION 1. POSITIONS (cont'd.)

Li. Position                Name of Organization/Entity

4 Director              Constitutional Rights Foundation

## IV. REIMBURSEMENTS and GIFTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| | ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 | National Ctr. for State Courts | 4/27-29/98 Mexico Judicial Exchange Program |
| 2 | | Mtg. Puebla, Mexico (Transp., Meals, Room) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| | ☒ NONE (No such reportable gifts) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODI |
| --- | --- | --- | --- |
| | ☒ NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

| * VAL CODES: J = $15,000 or less | K = $15,001-$50,000 | L = $50,001 to $100,000 | M = $100,001-$250,000 | N = $250,001-$500,000 |
| --- | --- | --- | --- | --- |
| O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | P3 = $25,000,001-$50,000,000 | P4 = $50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS

-- income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 Harris Bank - IRA- Non-Stock Acct. | A | Interest | K | T | | | | | |
| 2 1st Chicago - Ill. College Bonds (DC) | A | Interest | J | T | | | | | |
| 3 Harris Bank - IRA - Non-Stock Acct. (S) | A | Interest | J | T | | | | | |
| 4 1st Chicago - Putnam Mutual Fund (S) | A | Interest | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Castillo, Ruben . | 05/12/1999 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.    (Indicate part of report.)

[ ] **NONE** (No additional information or explanations.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Castillo, Ruben . | 05/12/1999 |

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Ruben Castillo_     Date _5-12-99_

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH - *RUBEN CASTILLO*

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 4 | 000 | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | 30 | 000 | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule - *Personal Residence* | 160 | 000 | |
| Real estate owned—add schedule *(Personal Residence)* | 290 | 000 | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | 50 | 000 | | Other debts—itemize: | | | |
| Autos and other personal property | 10 | 000 | | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| *College Bonds* | 10 | 000 | | | | | |
| *IRA Accounts* | 30 | 000 | | | | | |
| | | | | Total liabilities | 190 | 000 | |
| | | | | Net worth | 204 | 000 | |
| Total assets | 394 | 000 | | Total liabilities and net worth | 394 | 000 | |
| **CONTINGENT LIABILITIES** *None* | | | | **GENERAL INFORMATION** | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

*Ruben Castillo* - 8/10/99

*Personal Residence Mortgage is held at OAK TRUST Savings Bank (Chicago, Ill.)*